**Dismiss and Opinion Filed July 5, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00387-CV

## IN THE INTEREST OF D.M. AND D.M., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-00317**

## MEMORANDUM OPINION
Before Justices Myers, Stoddart, and Whitehill
Opinion by Justice Whitehill

Since the filing of this appeal, the trial court has granted a new trial. As we informed the parties by order entered June 28, 2016, an order granting a new trial deprives an appellate court of jurisdiction over the appeal. *See Yan v. Jiang*, 241 S.W.3d 930, 930 (Tex. App.—Dallas 2008, no pet.). Accordingly, we dismiss the appeal. See TEX. R. APP. P. 42.3(a); *Yan*, 214 S.W.3d at 930.

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

160387F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF D.M. AND D.M., CHILDREN

No. 05-16-00387-CV

On Appeal from the 304th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 15-00317.
Opinion delivered by Justice Whitehill.
Justices Myers and Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this  day of July 5, 2016.

–2–